Anna Y. Park, CA SBN 164242
Sue J. Noh, CA SBN 192134
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA  90012
Telephone:  (213) 894-1083
Facsimile:  (213) 894-1301
E-mail: lado.legal@eeoc.gov

Nechole Garcia, NV SBN 12746
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
333 Las Vegas Boulevard South, Suite 5560
Las Vegas, Nevada 89101
Telephone: (702) 388-5072
Facsimile: (702) 388-5094

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                    Petitioner,<br><br>          v.<br><br>GOLDEN ENTERTAINMENT,<br><br>                    Respondent.<br>_____ | ) Case No.  2:17-cv-01631-APG-PAL<br>)<br>)<br>)<br>) **JOINT STATUS REPORT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

        Pursuant to the parties' Joint Stipulation and Order Vacating Hearing and Setting Date

for Joint Status Report ("Joint Stipulation") dated July 24, 2017 (ECF No. 11), Plaintiff, the

United States Equal Employment Opportunity Commission ("EEOC" or "Commission"), and

Golden Entertainment ("Respondent") hereby submit a Joint Status Report to the Court.

1    In the Joint Stipulation, Respondent agreed to provide documents responsive to Subpoena
2    No. LV-17-01 ("Subpoena") to the EEOC by July 28, 2017. On July 28, 2017, Respondent
3    provided documentation regarding its Nevada employees and its company policies for its
4    Montana and Maryland facilities. After reviewing the information Respondent provided, the
5    EEOC contacted Respondent on August 8, 2017 and requested employee information for its
6    Montana and Maryland facilities, as the Commission believes such information is relevant to its
7    investigation because these policies also prohibit similarly situated new employees from taking
8    leave prior to completing an introductory period.  On August 15, 2017, Respondent informed the
9    EEOC that it would not provide its Montana and Maryland employee information as it believes
10   its policies for those facilities are separate and distinct from its Nevada policy, and for that
11   reason, the scope of the Subpoena should be limited to Nevada only.
12       Accordingly, because the parties are at an impasse regarding the production of employee
13   information for Respondent's Maryland and Montana employees, the parties request the
14   following dates set in the Joint Stipulation (ECF No.11) stand:
15
16
17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27
28

1.  Respondent's Response to the Order to Show Cause shall be filed on or before August 31, 2017;

2.  The EEOC may file a Reply to Respondent's Response on or before September 7, 2017; and

3.  A hearing on this matter set for October 19, 2017 at 9:00 am.


Dated: August 17, 2017                          Dated: August 17, 2017

U.S. EQUAL EMPLOYMENT                    OGLETREE, DEAKINS, NASH, SMOAK &
OPPURTUNITY COMMISSION              STEWART, P.C.

_/s/ Nechole Garcia_____          _/s/ Dana B. Salmonson_____
Anna Y. Park                                              Anthony L. Martin
California Bar No. 16242                           Nevada Bar No. 8177
Sue J. Noh                                                 Suzanne L. Martin
California Bar No. 192134                         Nevada Bar No. 8833
255 East Temple Street, Fourth Floor        Dana B. Salmonson
Los Angeles, CA 90012                            Nevada Bar No. 11180
                                                              3800 Howard Hughes Parkway, Suite 1500
Nechole Garcia                                         Las Vegas, NV 89169
Nevada Bar No. 12746                             Attorneys for Respondent GOLDEN
333 Las Vegas Blvd. South, Suite 5560     ENTERTAINMENT
Las Vegas, NV 89101
Attorneys for Plaintiff U.S. EQUAL
EMPLOYMENT OPPURTUNITY
COMMISSION



**IT IS SO ORDERED.**

   **IT IS FURTHER ORDERED** that, due to the scheduling needs of the court, the hearing in this matter is **ADVANCED** to October 17, 2017, at 2:00 p.m., in Courtroom 3B.

   Dated: August 24, 2017


Peggy A. Leen
United States Magistrate Judge

1
2
3
4
5
6

Anna Y. Park, CA SBN 164242
Sue J. Noh, CA SBN 192134
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA  90012
Telephone:  (213) 894-1083
Facsimile:  (213) 894-1301
E-mail: lado.legal@eeoc.gov

7
8
9
10

Nechole Garcia, NV SBN 12746
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
333 Las Vegas Boulevard South, Suite 5560
Las Vegas, Nevada 89101
Telephone: (702) 388-5072
Facsimile: (702) 388-5094

11
12
13

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

14

**UNITED STATES DISTRICT COURT**

15

**DISTRICT OF NEVADA**

16
17
18
19
20
21
22
23

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) | Case No.  2:17-cv-01631-APG-PAL |
| | ) | |
| Petitioner, | ) | **CERTIFICATE OF SERVICE** |
| v. | ) | |
| | ) | |
| GOLDEN ENTERTAINMENT, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | |
| | ) | |

24
25
26
27
28

I am, and was at the time the herein mentioned mailing took place, a citizen of the United States, over the age of eighteen (18) years and not a party to the above-entitled cause.

I am employed in the Legal Unit of the Los Angeles District Office of the United States Equal Employment Opportunity Commission.

My business address is U.S. Equal Employment Opportunity Commission, Las Vegas Local Office, 333 Las Vegas Boulevard South, Ste 5560, Las Vegas, NV 89101.

On the date that this declaration was executed, as shown below, I served the foregoing **JOINT STATUS REPORT,** via the Case Management/Electronic Case Filing (CM/ECF) system to:

Anthony L. Martin
Nevada Bar No. 8177
Suzanne L. Martin
Nevada Bar No. 8833
Dana B. Salmonson
Nevada Bar No. 11180
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV  89169
Dana.salmonson@ogletree.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 17, 2017, at Las Vegas, NV.


  /s/ Nechole Garcia_____
Nechole Garcia