Anna Y. Park, CA SBN 164242
Sue J. Noh, CA SBN 192134
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-mail: lado.legal@eeoc.gov

Nechole Garcia, NV SBN 12746
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
333 Las Vegas Boulevard South, Suite 8112
Las Vegas, Nevada 89101
Telephone: (702) 388-5072
Facsimile: (702) 388-5094

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Petitioner,<br><br>v.<br><br>GOLDEN ENTERTAINMENT,<br><br>Respondent. | Case No. 2:16-cv-01631-APG-PAL<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Minutes of Proceedings (ECF No. 17), the Petitioner United States Equal Employment Opportunity Commission ("EEOC" or "Commission"), and Respondent Golden Entertainment ("Respondent) hereby submits a Joint Status Report to the Court.

1   On October 24, 2017, this Court granted the EEOC's Application to Show Cause as
2 narrowed in the moving and responsive papers and oral argument, and ordered Respondent to
3 produce lists of its Montana and Maryland employees that were terminated during their
4 introductory periods by November 14, 2017. (ECF No. 8).  The Court also ordered the parties to
5 either file a Proposed Stipulation and Order to Dismiss by November 24, 2017, or provide a Joint
6 Status Report indicating when it may be filed. (ECF No. 8).

7   On November 14, 2017, Respondent produced a list of its Maryland employees that were
8 terminated during their introductory period.  On November 16, 2017, Respondent represented to
9 the EEOC that there were no employees terminated during their introductory period from its
10 Montana property. To confirm compliance with the Court's order, the Commission requested a
11 declaration from Respondent's custodian of records verifying that there are no responsive
12 records pertaining to Respondent's Montana property and to explain the search parameters
13 supporting the representation that no responsive documents exist.  Respondent contacted the
14 EEOC for clarification as to why it needed a declaration containing the search parameters but,
15 nevertheless, agreed to have its custodian of records complete and sign a Custodian of Records
16 declaration confirming its efforts to locate and produce responsive information for its Montana
17 property as ordered by this Court on October 24, 2017. However, Respondent's custodian of
18 records has limited availability due to the upcoming holidays and needs an additional thirty (30)
19 days to fulfill the Commission's request.

20
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27
28

Accordingly, the parties request an additional thirty (30) days, up to and including December 24, 2017, to file their Proposed Stipulation and Order to Dismiss.

Dated: November 24, 2017

U.S. EQUAL EMPLOYMENT OPPURTUNITY COMMISSION

 */s/ Nechole Garcia* 
Anna Y. Park
California Bar No. 16242
Sue J. Noh
California Bar No. 192134
Nechole Garcia
Nevada Bar No. 12746
333 Las Vegas Blvd. South, Suite 5560
Las Vegas, NV 89101
Attorneys for Plaintiff U.S. EQUAL EMPLOYMENT OPPURTUNITY COMMISSION

Dated: November 24, 2017

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

 */s/ Dana Salmonson* 
Anthony L. Martin
Nevada Bar No. 8177
Suzanne L. Martin
Nevada Bar No. 8833
Dana B. Salmonson
Nevada Bar No. 11180
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169
Attorneys for Respondent GOLDEN ENTERTAINMENT

**IT IS SO ORDERED** this 28th day of November, 2017.

_____
Peggy A. Leen
United States Magistrate Judge

4

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | Anna Y. Park, CA SBN 164242                                     |
|    | Sue J. Noh, CA SBN 192134                                       |
| 2  | U.S. EQUAL EMPLOYMENT                                           |
|    | OPPORTUNITY COMMISSION                                          |
| 3  | 255 East Temple Street, Fourth Floor                            |
| 4  | Los Angeles, CA  90012                                          |
|    | Telephone:  (213) 894-1083                                      |
| 5  | Facsimile:  (213) 894-1301                                      |
|    | E-mail: lado.legal@eeoc.gov                                     |
| 6  |                                                                 |
| 7  | Nechole Garcia, NV SBN 12746                                    |
|    | U.S. EQUAL EMPLOYMENT                                           |
| 8  | OPPORTUNITY COMMISSION                                          |
|    | 333 Las Vegas Boulevard South, Suite 8112                       |
| 9  | Las Vegas, Nevada 89101                                         |
| 10 | Telephone: (702) 388-5072                                       |
|    | Facsimile: (702) 388-5094                                       |
| 11 |                                                                 |
|    | Attorneys for Plaintiff                                         |
| 12 | U.S. EQUAL EMPLOYMENT                                           |
| 13 | OPPORTUNITY COMMISSION                                          |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) | Case No. 2:17-cv-01631-APG-PAL |
|---|---|---|
| | ) | |
| Petitioner, | ) | **CERTIFICATE OF SERVICE** |
| v. | ) | |
| | ) | |
| GOLDEN ENTERTAINMENT, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | |

1

1  I am, and was at the time the herein mentioned mailing took place, a citizen of the United States, over the age of eighteen (18) years and not a party to the above-entitled cause.

I am employed in the Legal Unit of the Los Angeles District Office of the United States Equal Employment Opportunity Commission.

My business address is U.S. Equal Employment Opportunity Commission, Las Vegas Local Office, 333 Las Vegas Boulevard South, Ste 5560, Las Vegas, NV 89101.

On the date that this declaration was executed, as shown below, I served the foregoing **JOINT STATUS REPORT,** via the Case Management/Electronic Case Filing (CM/ECF) system to:

Anthony L. Martin
Nevada Bar No. 8177
Suzanne L. Martin
Nevada Bar No. 8833
Dana B. Salmonson
Nevada Bar No. 11180
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169
Dana.salmonson@ogletree.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 24, 2017, at Las Vegas, NV.


/s/ *Nechole Garcia*
NECHOLE GARCIA

2