Anna Y. Park, CA SBN 164242
Sue J. Noh, CA SBN 192134
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA  90012
Telephone:  (213) 894-1083
Facsimile:  (213) 894-1301
E-mail: lado.legal@eeoc.gov

Nechole Garcia, NV SBN 12746
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
333 Las Vegas Boulevard South, Suite 8112
Las Vegas, Nevada 89101
Telephone: (702) 388-5072
Facsimile: (702) 388-5094

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No.  2:17-cv-01631-APG-PAL |
| Petitioner, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| GOLDEN ENTERTAINMENT, | |
| Respondt. | |

Pursuant to the Court's Minutes of Proceedings (ECF No. 17), the Petitioner United States Equal Employment Opportunity Commission ("EEOC" or "Commission"), and Respondent Golden Entertainment ("Respondent) hereby request and stipulate that this matter be dismissed with prejudice.

On October 24, 2017, this Court granted the EEOC's Application to Show Cause as narrowed in the moving and responsive papers and oral argument, and ordered Respondent to produce lists of its Montana and Maryland employees that were terminated during their introductory periods by November 14, 2017. (ECF No. 8). The Court also ordered the parties to either file a Proposed Stipulation and Order to Dismiss by November 24, 2017, or provide a Joint Status Report indicating when it may be filed. (ECF No. 8).

On November 14, 2017, Respondent produced a list of its Maryland employees that were terminated during their introductory period. On November 16, 2017, Respondent represented to the EEOC that there were no employees terminated during their introductory period from its Montana property. Respondent subsequently agreed to the EEOC's request to have its custodian of records complete and sign a declaration confirming its efforts to locate and produce responsive information for its Montana property as ordered by this Court on October 24, 2017. However, because Respondent's custodian of records needed additional time, the parties filed a Joint Status Report on November 24, 2017 requesting an additional thirty (30) days, up to an including December 24, 2017, to file their Stipulation and Proposed Order to Dismiss. (ECF No. 19). This Court granted the request on November 28, 2017. (ECF No. 20).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

On December 22, 2017, Respondent provided the EEOC with a declaration from its custodian of records describing its efforts to locate employees terminated during their introductory period from Respondent's Montana property, and disclosing that upon further review, it found two Montana employees that were terminated during their introductory period. Respondent also produced the information ordered by this Court for those two Montana employees. Therefore, the parties jointly request that this Court dismiss this matter with prejudice.

Dated: December 22, 2017

U.S. EQUAL EMPLOYMENT
OPPURTUNITY COMMISSION

_/s/ Nechole Garcia_____
Anna Y. Park
California Bar No. 16242
Sue J. Noh
California Bar No. 192134
Nechole Garcia
Nevada Bar No. 12746
333 Las Vegas Blvd. South, Suite 5560
Las Vegas, NV 89101
Attorneys for Plaintiff U.S. EQUAL
EMPLOYMENT OPPURTUNITY
COMMISSION

Dated: December 22, 2017

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.

_/s/ Dana B. Salmonson_____
Anthony L. Martin
Nevada Bar No. 8177
Suzanne L. Martin
Nevada Bar No. 8833
Dana B. Salmonson
Nevada Bar No. 11180
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169
Attorneys for Respondent GOLDEN
ENTERTAINMENT

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: December 22, 2017.